IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHRISTOPHER MARTINEZ MARVAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN DOE, Helena Field Office Director, United States Immigration and Customs Enforcement; BRUCE SCOTT, Warden, Northwest Immigrations and Customs Enforcement Processing Center; DREW BOSTOCK, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, *in their official capacities*,<br><br>　　　　Respondents. | CV 25–49–H–DLC |

　　　　Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243 and Petitioner's Petition for Writ of Habeas Corpus (Docs. 1, 2), IT IS HEREBY ORDERED that:

　　　　1.　　　　Respondents shall file a return on the Order to Show Cause why the

Petition for Writ of Habeas Corpus should not be granted by July 7, 2025, at 5:00 p.m.

2. Petitioner shall have an opportunity to file a reply by July 9, 2025, at 5:00 p.m.

3. The parties shall appear for a hearing before this Court at the Russell Smith Federal Court in Missoula, Montana, on **July 10, 2025, at 1:30 p.m.**

4. Service of this Order shall be made by Petitioner on the United States Attorney for the District of Montana by July 2, 2025, at 5:00 p.m. and shall constitute good and sufficient service.

5. To preserve this Court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, Petitioner Christopher Martinez Marvan may not be removed from the United States or District of Montana until further order of this Court.

**IT IS SO ORDERED.**

DATED this 2nd day of July, 2025.

_____
Dana L. Christensen, District Judge
United States District Court