Molly E. Danahy
Andres Haladay
Rylee Sommers-Flanagan
Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 998-6067
molly@uppersevenlaw.com
andres@uppersevenlaw.com
rylee@uppersevenlaw.com

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| CHRISTOPHER MARTINEZ MARVAN,<br><br>*Petitioner*,<br><br>v.<br><br>JESSE SLAUGHTER, Cascade County Sheriff, ANDREW SCHARNWEBER, Chief Patrol Agent, Havre Sector, U.S. Border Patrol; BRUCE SCOTT, Warden, Northwest Immigration and Customs Enforcement Processing Center; DREW BOSTOCK, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, *in their official capacities*,<br><br>*Respondents*. | **Civil Action No. 6:25-cv-00049-DLC**<br><br>**NOTICE OF SERVICE AND OF AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

**NOTICE OF SERVICE AND OF AMENDED PETITON**
**FOR WRIT OF HABEAS CORPUS**

Petitioner Christopher Martinez Marvan, by and through counsel, respectfully notifies this Court that Petitioner served the Court's Order to Show Cause, Dkt. 3, on the United States Attorney for the District of Montana on July 2, 2025 on or around 3:13 p.m.

Subsequently, Petitioner notified Respondents, through the U.S. Attorney, of his intent to file an amended petition. Counsel for the parties conferred on the amended petition, which was provided to Respondents' counsel prior to filing. Respondents consent to the filing of the amended petition, and all parties agree that the amended petition does not require any changes to the Court's schedule for briefing and hearing Petitioner's claims.

Dated: July 3, 2025                                  Respectfully Submitted,

*/s/ Molly E. Danahy*

Molly E. Danahy
Andres Haladay
Rylee Sommers-Flanagan
Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 998-6067

*Counsel for Petitioner*