IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHRISTOPHER MARTINEZ MARVAN, | CV 25–49–H–DLC |
| Petitioner, | |
| v. | |
| JESSE SLAUGHTER, Cascade County Sheriff; ANDREW SCHARNWEBER, Chief Border Patrol Agent, Havre Sector, U.S. Border Patrol; BRUCE SCOTT, Warden, Northwest Immigrations and Customs Enforcement Processing Center; DREW BOSTOCK, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, *in their official capacities*, | |
| Respondents. | |

IT IS HEREBY ORDERED that each party shall have 45 minutes to argue at the July 10, 2025 hearing in the above-captioned matter, irrespective of any time spent answering questions posed by the Court.

DATED this 8th day of July, 2025.

_____
Dana L. Christensen, District Judge
United States District Court