IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHRISTOPHER MARTINEZ MARVAN,<br><br>Petitioner,<br><br>v.<br><br>JESSE SLAUGHTER, Cascade County Sheriff; ANDREW SCHARNWEBER, Chief Border Patrol Agent, Havre Sector, U.S. Border Patrol; BRUCE SCOTT, Warden, Northwest Immigrations and Customs Enforcement Processing Center; DREW BOSTOCK, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, *in their official capacities*,<br><br>Respondents. | CV 25–49–H–DLC |

Before the Court is Petitioner's Motion to Appear in Civil Attire. (Doc. 11.) Through the Motion, Petitioner requests that the Court issue an order allowing Petitioner to appear in civil clothing for the July 10, 2025 hearing. (*Id.* at 1.) The United States takes no position on the request. (*Id.*) The United States Marshals

have indicated to Petitioner's counsel that Petitioner will not be permitted to wear civil attire because he is not on trial. (*Id.* at 1–2.) The Court finds that civilian attire is not necessary for the July 10, 2025 hearing.

As Petitioner highlights in his Motion, the presumption of innocence primarily applies to criminal trials. (*Id.* at 2.) The July 10, 2025 civil hearing will be in front of the undersigned, not a jury. Therefore, the Court is not concerned that Petitioner's presence in detention-issued attire will have any prejudicial effect on Petitioner's case.

Accordingly, IT IS ORDERED that the Motion (Doc. 11) is DENIED.

DATED this 9th day of July, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

2