U.S. Department of Homeland Security

# Warrant for Arrest of Alien

File No. A207 040 905
Event No: SWG2507000001

FINS #: 1160688701

Date: July 08, 2025

**To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:
CHRISTOPHER MARTINEZ-MARVAN
(Full name of alien)

an alien who entered the United States at or near ___UNKNOWN PLACE___ on
(Port)

___Unknown Date___ is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

JOSHUA A POST
Date: 2025.07.08 13:34:55 -06:00
0492894115.CBP
(Signature of Designated Immigration Officer)

_____
(Print name of Designated Immigration Officer)

ACTING/PATROL AGENT IN CHARGE
(Title)

---

## Certificate of Service

Served by me at ___SWEETGRASS, MT___ on ___July 02, 2025___ at ___08:25 AM___.

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

KEVIN A SHORT
Date: 2025.07.08 13:24:47 -06:00
0150038222.CBP
(Signature of officer serving warrant)

Border Patrol Agent
(Title of officer serving warrant)

**DEFENDANT'S EXHIBIT 1**

DEPARTMENT OF HOMELAND SECURITY
**NOTICE TO APPEAR**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 399304428     FINS #: 1160688701
                          DOB: 06/06/1994              File No: A207 040 905
In the Matter of:                                      Event No: SWG2507000001
Respondent: _____ CHRISTOPHER  MARTINEZ-MARVAN _____ currently residing at:

_____
            (Number, street, city, state and ZIP code)        (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of MEXICO and a citizen of MEXICO ;
3. You arrived in the United States at or near COLUMBUS,  NM , on or about June 5, 2021 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:      ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

       1623 E J ST STE 3   TACOMA WA US 984211615
_____
            (Complete Address of Immigration Court, including Room Number, if any)

on   August 19, 2025   at   08:30 AM   to show why you should not be removed from the United States based on the
       (Date)                (Time) JOSHUA A POST
                             Date: 2025.07.08 13:34:11 -06:00
charge(s) set forth above.   0492894115.CBP          Acting/Patrol Agent in Charge
                                                    (Signature and Title of Issuing Officer)

Date: July 02, 2025                                  SUNBURST, MT
                                                    (City and State)

DHS Form I-862 (6/22)

**DEFENDANT'S EXHIBIT 2**

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at www.uscis.gov/i-589. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

Upon information and belief, the language that the alien understands is ____SPANISH____

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_(Signature of Respondent)_

_(Signature and Title of Immigration Officer)_      Date: _____

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on **July 8, 2025**, in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person   ☐ by certified mail, returned receipt # _____   requested   ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ____SPANISH____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act. KEVIN A SHORT

**Refused to Sign**       Date: 2025.07.08 13:33:21 -06:00       **Border Patrol Agent**
                          0150038222.CBP
_(Signature of Respondent if Personally Served)_          _(Signature and Title of officer)_

DHS Form I-862 (6/22)                                                    Page 2 of 3