# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| CHRISTOPHER MARTINEZ MARVAN,<br><br>Petitioner,<br><br>vs.<br><br>JESSE SLAUGHTER, Cascade County Sheriff; ANDREW SCHARNWEBER, Chief Border Patrol Agent, Havre Sector, U.S. Border Patrol; BRUCE SCOTT, Warden, Northwest Immigrations and Customs Enforcement Processing Center; DREW BOSTOCK, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General Of the United States, in their official capacities,<br><br>Respondents. | Case No. CV-25-049-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of July 15, 2025 (Doc. 17), the Amended Petition (Doc. 4) is DENIED, and the above-caption matter is DISMISSED.

      Dated this 15th day of July, 2025.

                          TYLER P. GILMAN, CLERK

                          By: /s/ Sarah Nagy
                          Sarah Nagy, Deputy Clerk